UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MELVIN WINTERS,

    Plaintiff,

v.                                                       Case No. 2:06-cv-201
                                                           HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1.    The Report and Recommendation of the Magistrate Judge (Docket #9) is approved and adopted as the opinion of the Court.

    2.    Plaintiff's request for benefits is DENIED and this case is DISMISSED.

Date:    September 12, 2007        /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                             CHIEF UNITED STATES DISTRICT JUDGE